IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01480-MEH

CHELCEE MACK,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., a Florida corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed August 7, 2014; docket #13]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 7th day of August, 2014.

                                                                BY THE COURT:

                                                                 *Michael E. Hegarty*

                                                                 Michael E. Hegarty
                                                               United States Magistrate Judge